1  WILLIAM F. TARANTINO (CA SBN 215343)
   WTarantino@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone:  415.268.7000
4  Facsimile:  415.268.7522

5  BRITTANY SCHEINOK (CA SBN 306522)
   BScheinok@mofo.com
6  MORRISON & FOERSTER LLP
   12531 High Bluff Drive Suite 100
7  San Diego, California 92130-2040
   Telephone:  858.720.5100
8  Facsimile:  858.720.5125

9  Attorneys for Defendant
   APPLE INC.

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                          **SAN JOSE DIVISION**

14

15  DOMINIQUE CAVALIER, and KILEY              Case No. 5:25-cv-713-PCP
    KRZYZEK, individually and on behalf of all
16  others similarly situated,                  **STIPULATION AND [PROPOSED]**
                                                **ORDER EXTENDING RESPONSIVE**
17              Plaintiffs,                     **PLEADING DEADLINE AND**
                                                **SETTING BRIEFING SCHEDULE**
18       v.
                                                Judge:  Hon. P. Casey Pitts
19  APPLE INC.,                                 Magistrate Judge: Virginia K. DeMarchi

20              Defendant.                       Complaint Filed: January 21, 2025

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Dominique Cavalier and Kiley Krzyzek

2    ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel,

3    stipulate as follows:

4    WHEREAS, Plaintiffs filed the Class Action Complaint ("Complaint") on January 21, 2025

5    (ECF No. 1);

6    WHEREAS, Apple was served with a copy of the Complaint on January 23, 2025;

7    WHEREAS, under Federal Rule of Civil Procedure 12, Apple's deadline to respond to the

8    Complaint is February 13, 2025;

9    WHEREAS, the parties have agreed that the deadline for Apple to respond to the Complaint

10    shall be extended by sixty (60) days, until April 14, 2025;

11    WHEREAS, an extension to and including April 14, 2025 will allow Apple time to analyze

12    the allegations in the Complaint;

13    WHEREAS, the parties have agreed that Plaintiffs will have thirty (30) days, until May 14,

14    2025, to file an opposition to Apple's responsive pleading;

15    WHEREAS, the parties have agreed that Apple will have twenty-one (21) days, until June 4,

16    2025, to file a reply in support of Apple's responsive pleading;

17    WHEREAS, this is the first extension requested in this case;

18    WHEREAS, the extension of time for Apple to respond to the Complaint and the responsive

19    pleading briefing schedule will not alter the date of any event or deadline fixed by the Court;

20

21    THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

22    1.  Apple's deadline to respond to Plaintiffs' Complaint shall be extended by sixty (60)

23        days, until April 14, 2025.

24    2.  Plaintiffs will have thirty (30) days, until May 14, 2025, to file an opposition to Apple's

25        responsive pleading.

26    3.  Apple will have twenty-one (21) days, until June 4, 2025, to file a reply in support of

27        Apple's responsive pleading.

28

1         IT IS SO STIPULATED.

2

3    Dated: February 12, 2025          MORRISON & FOERSTER LLP

4

5                 By:   */s/ William F. Tarantino*

6                      WILLIAM F. TARANTINO

7                      Attorneys for Defendant
                       APPLE INC.

8

9    Dated: February 12, 2025          CLARKSON LAW FIRM, P.C.

10

11                By:   */s/ Yana Hart*

12                     YANA HART

13                     Attorneys for Plaintiffs

14

15

16                    **<u>ECF ATTESTATION</u>**

17        I, William F. Tarantino, am the ECF User whose ID and password are being used to file this

18   document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Yana Hart has

19   concurred in this filing.

20

21   Dated: February 12, 2025          MORRISON & FOERSTER LLP

22

23                By:   */s/ William F. Tarantino*

24                     WILLIAM F. TARANTINO

25                     Attorneys for Defendant
                       APPLE INC.

26

27

28

1

### [PROPOSED] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: _____

5                                HON. P. CASEY PITTS
                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28