1  WILLIAM F. TARANTINO (CA SBN 215343)
   WTarantino@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone:  415.268.7000
4  Facsimile:  415.268.7522

5  BRITTANY SCHEINOK (CA SBN 306522)
   BScheinok@mofo.com
6  MORRISON & FOERSTER LLP
   12531 High Bluff Drive Suite 100
7  San Diego, California 92130-2040
   Telephone:  858.720.5100
8  Facsimile:  858.720.5125

9  Attorneys for Defendant
   APPLE INC.

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

15  DOMINIQUE CAVALIER, KILEY              Case No. 5:25-cv-713-PCP
    KRZYZEK, KATHERINE WHEELER,
16  MARLO RUSSELL, TERI GLAZEBROOK,        **STIPULATION AND [~~PROPOSED~~]
    and HEIDI FENTON, individually and on  ORDER EXTENDING DEFENDANT
17  behalf of all others similarly situated,  APPLE INC.'S TIME TO RESPOND
                                           TO FIRST AMENDED COMPLAINT
18               Plaintiffs,               AND SETTING BRIEFING
                                           SCHEDULE**
19        v.
                                           Dept:  Ctrm 8, 4th Floor
20  APPLE INC.,                            Judge:  Hon. P. Casey Pitts

21               Defendant.                1st Am. Compl. Filed: May 5, 2025

22

23

24

25

26

27

28

1      Pursuant to Civil Local Rule 6-2, Plaintiffs Dominique Cavalier, Kiley Krzyzek,

2  Katherine Wheeler, Marlo Russell, Teri Glazebrook, and Heidi Fenton ("Plaintiffs") and

3  Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, stipulate as follows:

4      WHEREAS, Plaintiffs filed their First Amended Complaint on May 5, 2025 (ECF No.

5  29);

6      WHEREAS, under Federal Rule of Civil Procedure 15, Apple's deadline to respond to the

7  First Amended Complaint is May 19, 2025;

8      WHEREAS, the parties have agreed that the deadline for Apple to respond to the First

9  Amended Complaint shall be extended by forty-two days, until June 16, 2025;

10      WHEREAS, that extension will allow Apple time to analyze the new allegations, new

11  causes of action, four new named plaintiffs, and four new proposed subclasses;

12      WHEREAS, in the event that Apple moves to dismiss the First Amended Complaint, the

13  parties have agreed that Plaintiffs' deadline to file their opposition shall be extended to July 28,

14  2025, and Apple's deadline to file its reply shall be extended to August 18, 2025;

15      WHEREAS, the extension of time for Apple to respond to the First Amended Complaint

16  and the responsive pleading briefing schedule will not alter the date of any event or deadline fixed

17  by the Court;

18      WHEREAS, the parties have met and conferred regarding the scheduling of a hearing date

19  in the event Apple files a motion to dismiss the First Amended Complaint.

20      THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

21      1.  Apple's deadline to respond to Plaintiffs' First Amended Complaint shall be June 16,

22          2025;

23      2.  Plaintiffs' deadline to file an opposition to Apple's responsive pleading shall be

24          July 28, 2025;

25      3.  Apple's deadline to file its reply shall be August 18, 2025.

26      4.  In the event that Apple files a motion to dismiss the First Amended Complaint, Apple

27          shall notice the hearing for the said motion for October 9, 2025 at 10:00 a.m., subject

28          to the Court's availability and discretion to reschedule at its convenience.

1

2    Dated: May 16, 2025                    MORRISON & FOERSTER LLP

3                                           By:   /s/ William F. Tarantino
                                                  WILLIAM F. TARANTINO
4
                                           Attorneys for Defendant
5                                          APPLE INC.

6
     Dated: May 16, 2025                    SHUB JOHNS & HOLBROOK LLP
7

8                                           By:   /s/ Benjamin F. Johns
                                                  BENJAMIN F. JOHNS (*admitted PHV*)
9
                                           Attorneys for Plaintiffs
10

11                              **ECF ATTESTATION**

12         I, William F. Tarantino, am the ECF User whose ID and password are being used to file this

13   document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Benjamin F. Johns

14   has concurred in this filing.

15

16   Dated: May 16, 2025                    MORRISON & FOERSTER LLP

17

18                                          By:   /s/ William F. Tarantino
                                                  WILLIAM F. TARANTINO
19                                         Attorneys for Defendant
                                           APPLE INC.
20

21

22                              **[PROPOSED] ORDER**

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25     Dated:  May 19, 2025

26                                         HON. P. CASEY PITTS
                                           UNITED STATES DISTRICT JUDGE
27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND AND SETTING BRIEFING SCHEDULE
CASE NO. 5:25-CV-713-PCP
sf-6721134                                                                          2