WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

BRITTANY SCHEINOK (CA SBN 306522)
BScheinok@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DOMINIQUE CAVALIER, KILEY KRZYZEK, KATHERINE WHEELER, MARLO RUSSELL, TERI GLAZEBROOK, HEIDI FENTON, AMIR HACKETT, AND LAUREN WOLF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:25-cv-713-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT APPLE INC.'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Dept:  Ctrm 8, 4th Floor<br>Judge:  Hon. P. Casey Pitts<br><br>2nd Am. Compl. Filed: April 13, 2026 |

Pursuant to Civil Local Rule 6-2, Plaintiffs Amir Hackett, Dominique Cavalier, Heidi Fenton, Katherine Wheeler, Kiley Krzyzek, Lauren Wolf, Marlo Russell and Teri Glazebrook ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed their Second Amended Complaint on April 13, 2026 (ECF No. 43);

WHEREAS, under Federal Rule of Civil Procedure 15, Apple's deadline to respond to the Second Amended Complaint is April 27, 2026;

WHEREAS, the parties have agreed that the deadline for Apple to respond to the Second Amended Complaint shall be extended by two weeks, until May 11, 2026;

WHEREAS, that extension will allow Apple time to analyze Plaintiffs' revisions in the Second Amended Complaint, including the addition of two new named plaintiffs;

WHEREAS, in the event that Apple moves to dismiss the Second Amended Complaint, the parties will separately propose a stipulated briefing schedule;

WHEREAS, the extension of time for Apple to respond to the Second Amended Complaint will not alter the date of any event or deadline fixed by the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

Apple's deadline to respond to Plaintiffs' Second Amended Complaint shall be May 11, 2026.

Dated:  April 23, 2026                                  MORRISON & FOERSTER LLP

By:    _/s/ William F. Tarantino_
WILLIAM F. TARANTINO

Attorneys for Defendant
APPLE INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 5:25-CV-713-PCP
MF-369684906

1

Dated: April 23, 2026                              CLARKSON LAW FIRM


                                    By:    /s/ Yana Hart
                                           Yana Hart
                                    Attorneys for Plaintiffs


                              **ECF ATTESTATION**

     I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Yana Hart has concurred in this filing.


Dated: April 23, 2026                              MORRISON & FOERSTER LLP


                                    By:    /s/ William F. Tarantino
                                           WILLIAM F. TARANTINO

                                    Attorneys for Defendant
                                    APPLE INC.


                              [PROPOSED] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


  Dated:    April 24, 2026

                                           HON. P. CASEY PITTS
                                           UNITED STATES DISTRICT JUDGE


STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 5:25-CV-713-PCP
MF-369684906

                                                                                    2