WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

BRITTANY SCHEINOK (CA SBN 306522)
BScheinok@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125

Attorneys for Defendant
APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DOMINIQUE CAVALIER, KILEY KRZYZEK, KATHERINE WHEELER, MARLO RUSSELL, TERI GLAZEBROOK, HEIDI FENTON, AMIR HACKETT, AND LAUREN WOLF, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 5:25-cv-713-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT APPLE INC.'S TIME TO ANSWER SECOND AMENDED COMPLAINT AND SETTING INITIAL CASE MANAGEMENT CONFERENCE, AS MODIFIED**<br><br>Dept:  Ctrm 8, 4th Floor<br>Judge:  Hon. P. Casey Pitts<br><br>2nd Am. Compl. Filed: April 13, 2026 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SAC AND SETTING INITIAL CMC
CASE NO. 5:25-CV-713-PCP

Pursuant to Civil Local Rule 6-2, Plaintiffs Amir Hackett, Dominique Cavalier, Heidi Fenton, Katherine Wheeler, Kiley Krzyzek, Lauren Wolf, Marlo Russell and Teri Glazebrook ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed their Second Amended Complaint on April 13, 2026 (ECF No. 43);

WHEREAS, under Federal Rule of Civil Procedure 15, Apple's deadline to respond to the Second Amended Complaint was April 27, 2026;

WHEREAS, the parties previously met and conferred, and agreed that the deadline for Apple to respond to the Second Amended Complaint would be extended by two weeks, until May 11, 2026;

WHEREAS, on April 24, 2026, the Court granted the parties' stipulation to extend the deadline for Apple to respond to the Second Amended Complaint until May 11, 2026 (ECF No. 45);

WHEREAS, the parties have continued to meet and confer, and have agreed that the deadline for Apple to file an Answer to the Second Amended Complaint would be extended by an additional three weeks, to June 1, 2026;

WHEREAS, the extension of time for Apple to file an Answer to the Second Amended Complaint will not alter the date of any other event or deadline fixed by the Court;

WHEREAS, the parties further agree and stipulate that the Initial Case Management Conference shall be set for June 4, 2026, or a day thereafter that is convenient for the Court;

WHEREAS, the parties' stipulation is not being made for delay or any other improper purpose.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

- Apple's deadline to file an Answer to Plaintiffs' Second Amended Complaint shall be June 1, 2026; and

- The Initial Case Management Conference shall be set for ~~June 4, 2026, or a day thereafter that is convenient for the Court.~~ June 11, 2026.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SAC AND SETTING INITIAL CMC
CASE NO. 5:25-CV-713-PCP

1

Dated:  May 4, 2026                    MORRISON & FOERSTER LLP

                                       By:    */s/ William F. Tarantino*
                                              WILLIAM F. TARANTINO

                                              Attorneys for Defendant
                                              APPLE INC.

Dated:  May 4, 2026                    CLARKSON LAW FIRM

                                       By:    */s/ Yana Hart*
                                              Yana Hart

                                              Attorneys for Plaintiffs

### ECF ATTESTATION

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Yana Hart has concurred in this filing.

Dated:  May 4, 2026                    MORRISON & FOERSTER LLP

                                       By:    */s/ William F. Tarantino*
                                              WILLIAM F. TARANTINO

                                              Attorneys for Defendant
                                              APPLE INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 5, 2026

                                       HON. P. CASEY PITTS
                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SAC AND SETTING INITIAL CMC
CASE NO. 5:25-CV-713-PCP                                                                    2